# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR293** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **JUAN RIVERA MIRANDA,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to dismiss Count II of the Indictment (Filing No. 17). Pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of Count II of the Indictment against the above-named Defendant.

IT IS ORDERED that the government's motion to dismiss (Filing No. 17) is granted.

DATED this 2nd day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge